No. 87–1255.  KAPLAN v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 87–5564.  MERCADO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–5581.  WHITE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 87–5647.  THOMPSON v. PFEIFFER ET AL.  C. A. 5th Cir. Certiorari denied.

No. 87–5674.  BROWN v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 87–5755.  LEGGINS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 87–5788.  MILLER v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–5849.  JONES v. JONES, WARDEN, ET AL.  C. A. 11th Cir. · Certiorari denied.

No. 87–5869.  SALISBURY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5929.  NORMAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5958.  McKOY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–6006.  PEREZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–6117.  PAGE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 87–6168.  ABOKHAI v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 87–6176.  STOUT v. GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT ET AL.  Ct. App. Tex., 5th Dist.  Certiorari denied.